UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HSI, INC.<br>   Plaintiff,<br>v.<br>48 STATES TRANSPORT LLC and<br>NORTH AMERICAN RISK SERVICES, INC.<br>   Defendants/Third Party Plaintiff,<br>v.<br>JOHN H. ANDERSON, US COACH SALES<br>LEASING, LTD., and FAB RECOVERY LLP<br>   Third Party Defendants.<br> and<br>GRANGE MUTUAL CASUALTY COMPANY<br>   Third Party | No. 4:19-cv-00352-MWB |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff HSI, Inc., Defendants/Third Party Plaintiffs 48 States Transport LLC and North American Risk Services, Inc., Third Party Defendants John H. Anderson, US Coach & Sales Leasing, LTD, FAB Recovery, LLP, and Third Party Grange Mutual Casualty Company, having resolved this matter by entering into a fully executed settlement agreement with certain consideration being paid, hereby stipulate to a DISMISSAL WITH PREJUDICE of this action, including all claims, counterclaims, and cross-claims brought by any party against any other party, jointly and severally.

**[SIGNATURES ON FOLLOWING PAGE]**

| | |
|---|---|
| **BERGER LAW GROUP P.C.** | **GOLDBERG SEGALLA LLP** |
| /s/ Phillip D. Berger<br>Phillip D. Berger, Esq.<br>919 Conestoga Road<br>Building 3, Suite 114<br>Rosemont, PA 19010<br>Phone: (610) 668-0774<br>berger@bergerlawpc.com<br><br>*Attorneys for Plaintiff HSI, Inc.* | /s/ Michael S. Saltzman<br>Michael S. Saltzman, Esq.<br>1700 Market Street<br>Suite 1418<br>Philadelphia, PA 19103<br>Phone: (267) 519-6830<br>msaltzman@goldbergsegalla.com<br><br>*Attorneys for Defendant 48 States Transport LLC and North American Risk Services* |
| **FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON & TAYLOR LLC** | **TSAROUHIS LAW GROUP LLC** |
| /s/ Elizabeth H. Marcon<br>Elizabeth H. Marcon, Esq.<br>60 West Broad Street, Suite 201<br>Bethlehem, PA 18018<br>Phone: (610) 691-7900<br>emarcon@floriolaw.com<br><br>*Attorneys for Third Party Defendants John H. Anderson, US Coach & Sales Leasing, LTD, FAB Recovery, LLP, Prime Insurance Company and Claims Direct Access* | /s/ Demetrios Tsarouhis<br>Demetrios Tsarouhis, Esq.<br>21 S. 9th Street<br>Allentown PA 18102<br>Phone: (610) 628-2440<br>dht@pacollections.com<br><br>*Attorneys for Third Party Grange Mutual Casualty Company* |

**ORDER**

AND NOW this ___ day of _____, 2022, the above Stipulation is hereby approved, and the above case shall be dismissed with prejudice.

_____
MAGISTRATE JUDGE MARTIN C. CARLSON