UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HSI, INC.<br>      Plaintiff,<br>v.<br>48 STATES TRANSPORT LLC and<br>NORTH AMERICAN RISK SERVICES, INC.<br>      Defendants/Third Party Plaintiff,<br>v.<br>JOHN H. ANDERSON, US COACH SALES<br>LEASING, LTD., and FAB RECOVERY LLP<br>      Third Party Defendants.<br>  and<br>GRANGE MUTUAL CASUALTY COMPANY<br>      Third Party | No. 4:19-cv-00352-MWB |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff HSI, Inc., Defendants/Third Party Plaintiffs 48 States Transport LLC and North American Risk Services, Inc., Third Party Defendants John H. Anderson, US Coach & Sales Leasing, LTD, FAB Recovery, LLP, and Third Party Grange Mutual Casualty Company, having resolved this matter by entering into a fully executed settlement agreement with certain consideration being paid, hereby stipulate to a DISMISSAL WITH PREJUDICE of this action, including all claims, counterclaims, and cross-claims brought by any party against any other party, jointly and severally.

**[SIGNATURES ON FOLLOWING PAGE]**

**BERGER LAW GROUP P.C.**

/s/ Phillip D. Berger
Phillip D. Berger, Esq.
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010
Phone: (610) 668-0774
berger@bergerlawpc.com

*Attorneys for Plaintiff HSI, Inc.*

**GOLDBERG SEGALLA LLP**

/s/ Michael S. Saltzman
Michael S. Saltzman, Esq.
1700 Market Street
Suite 1418
Philadelphia, PA 19103
Phone: (267) 519-6830
msaltzman@goldbergsegalla.com

*Attorneys for Defendant 48 States Transport LLC and North American Risk Services*

**FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON & TAYLOR LLC**

/s/ Elizabeth H. Marcon
Elizabeth H. Marcon, Esq.
60 West Broad Street, Suite 201
Bethlehem, PA 18018
Phone: (610) 691-7900
emarcon@floriolaw.com

*Attorneys for Third Party Defendants John H. Anderson, US Coach & Sales Leasing, LTD, FAB Recovery, LLP, Prime Insurance Company and Claims Direct Access*

**TSAROUHIS LAW GROUP LLC**

/s/ Demetrios Tsarouhis
Demetrios Tsarouhis, Esq.
21 S. 9th Street
Allentown PA 18102
Phone: (610) 628-2440
dht@pacollections.com

*Attorneys for Third Party Grange Mutual Casualty Company*

**ORDER**

AND NOW this 18th day of February, 2022, the above Stipulation is hereby approved, and the above case shall be dismissed with prejudice.

_____
MAGISTRATE JUDGE MARTIN C. CARLSON